# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv419

| | |
|---|---|
| AGDATA, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CONSENT JUDGMENT** |
| ) | |
| RAJ GUPTA, a/k/a Raaj Gupta, a/k/a ) | |
| Rajan Gupta, d/b/a Green Data ) | |
| Solutions, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In accordance with the Stipulation to Entry of Judgment [Doc. 21] between the Plaintiff Agdata, L.P. and the Defendant Raj Gupta, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Defendant and all persons or entities in active concert or participating with him who receive actual notice of this Judgment, are restrained and enjoined from soliciting the Plaintiff's customers and otherwise competing with the Plaintiff within the territorial

1

borders of California, Nevada, Arizona, Washington, Washington, D.C., Colorado, Texas, Illinois, North Carolina and Wisconsin until after December 15, 2009.

2. As used in this Judgment, the term "Plaintiff" includes Agdata, L.P. and its officers, employees, assigns and subsidiaries, including Diversified Data Development Corporation.

3. This Court shall retain continuing jurisdiction over this matter in order to take appropriate action in the event that the Defendant does not comply with the terms of this Judgment.

4. Each party is to bear his or its own costs and attorney's fees in this matter, and no Court award is made or will be made for costs, attorney's fees or actions on the Bond for Injunction; provided, however, that the Plaintiff may be entitled to recover its reasonable attorneys' fees from the Defendant for the enforcement of this Judgment in the event that the Defendant violates the terms hereof.

5. The Bond for Injunction posted by the Plaintiff and its surety, Liberty Mutual Surety, on November 18, 2008, is hereby released.

6. All actual or potential claims or counterclaims, whether raised in the Complaint, Answer, or any other pleading in this matter, or not, and regardless of whether known or unknown, are merged into this Judgment agreed to by the parties and extinguished by this Judgment.

Signed: June 11, 2009

Martin Reidinger
United States District Judge